UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HELPING HANDS FOR
DIGNITY COALITION,

    Plaintiff,

v.                           Case No.  4:26-cv-24-AW-MJF

ANTHONY GURKA,

    Defendant.
_____/

## ORDER

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Randall S. Newman. Doc. 24. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED:**

1. The motion to appear *pro hac vice*, Doc. 24, is **GRANTED**.

2. Pursuant to Local Rule 11.1(C), attorney Randall S. Newman, is admitted *pro hac vice* on behalf of Plaintiff.

**SO ORDERED** on January 21, 2026.

                                            /s/ *Michael J. Frank*
                                            **Michael J. Frank**
                                            **United States Magistrate Judge**