Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

Attorney for Plaintiff: *Dr. Elliot McGucken*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HELPING HANDS FOR DIGNITY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY GURKA<br><br>　　　　Defendant(s) | Case No. 4:26-cv-00024-AW-MJF<br><br>**MOTION FOR PRO HAC VICE** |

**MOTION FOR ADMISSION OF Steven C. Vondran PRO HAC VICE**

　　Pursuant to Local Rule 11.1(C) of the United States District Court for the Northern District of Florida, the undersigned moves for the admission pro hac vice of [Attorney Name] in the above-captioned matter and states:

1. Steven C. Vondran is a member in good standing of the Bar of the State of California is currently eligible to practice law. A Certificate of Good Standing dated within the past 30 days is attached.

2. Steven C. Vondran has never been disciplined by any court.

3. Steven C, Vondran has reviewed and agrees to comply with:
   - The Local Rules of the Northern District of Florida,
   - The Federal Rules of Civil Procedure,
   - The Florida Rules of Professional Conduct.

4. The required admission fee has been paid through the Court's CM/ECF system.

WHEREFORE, Movant respectfully requests that the Court grant this Motion and permit Steven C. Vondran to appear pro hac vice in this matter.

Dated: February 3, 2026

Respectfully submitted,

_____
Steven C. Vondran
The Law Offices of Steven C, Vondran, P.C.
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
E-mail:  steve@vondranlegal.com
Attorney for Anthony Gurka - Defendant

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 2/3/2026

**LICENSEE NAME:** Steve Charles Vondran

**LICENSEE BAR NUMBER:** 232337

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/24/2004

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Steve Charles Vondran's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125. et seq.. Business and Professions Code.)