# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HELPING HANDS FOR
DIGNITY COALITION,

    Plaintiff,

v.                                      Case No. 4:26-cv-24-AW-MJF

ANTHONY GURKA,

    Defendant.

_____/

## ORDER

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Steve Charles Vondran. Doc. 28. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1. The motion to appear *pro hac vice*, Doc. 28, is **GRANTED**.

2. Pursuant to Local Rule 11.1(C), attorney Steve Charles Vondran is admitted *pro hac vice* on behalf of Anthony Gurka.

**SO ORDERED** February 4, 2026.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**