# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HELPING HANDS FOR DIGNITY
COALITION, a Colorado non-profit
corporation,

        Plaintiff,

vs.

ANTHONY GURKA,

        Defendant.

Case No. 4:26-cv-00024-AW-MJF

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Helping Hands for Dignity Coalition, a Colorado non-profit corporation, states as follows:

Helping Hands for Dignity Coalition is a non-profit corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests.

1

Dated: February 9, 2026       s/ Randall S. Newman

Randall S. Newman, Esq. (*pro hac vice*)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Helping Hands for Dignity Coalition, a Colorado*
*non-profit corporation*

2