UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY GURKA,<br><br>　　　　Defendant. | Case No. 4:26-cv-00024-AW-MJF |

_____

**REPORT OF PARTIES' PLANNING MEETING**
_____

　　1.　　The following persons participated in a telephonic Rule 26(f) conference on February 3, 2026: Randall S. Newman for Plaintiff; Steven C. Vondran for Defendant.

　　2.　　Discovery Plan: The parties propose the following discovery plan:

　　　　a.　　Discovery may be needed on these subjects: Ownership and authorship of copyrighted videos at issue; Defendant's creation, publication, and monetization of the accused YouTube videos; Defendant's submission of DMCA counter-notifications, including intent, knowledge, and good-faith belief; Communications with YouTube relating to the takedowns and counter-notifications; Use of Plaintiff's copyrighted works, including

1

        duration, continuity, and alleged lack of transformation; Damages; Injunctive and declaratory relief issues; the means by which Defendant acquired Plaintiff's videos.

    b.    Fact discovery shall be completed by July 13, 2026. Expert discovery shall be completed by September 15, 2026.

    c.    The maximum number of interrogatories and the dates on which responses are due will be governed by the Federal Rules of Civil Procedure.

    d.    The maximum number of requests for admission and the dates on which responses are due will be governed by the Federal Rules of Civil Procedure.

    e.    The maximum number of depositions by each party and limits on the length of depositions will be governed by the Federal Rules of Civil Procedure.

    f.    Expert discovery shall be served by the parties no later than June 1, 2026.

    g.    Expert reports shall be due on August 1, 2026.

    h.    Parties shall supplement their discovery responses pursuant to Rule 26(e) in a reasonable time after supplementation becomes necessary.

3.    Other items:

    a.    The parties do not request a meeting with the Court before entry of a subsequent scheduling order.

    b.    The parties do not request specific dates for pretrial conference.

    c.    The parties propose that the last date for the parties to amend pleadings or to join parties, in either case with leave of Court, shall be April 30, 2026.

    d.    The parties propose that the deadline to file dispositive motions shall be August 3, 2026.

e. The parties discussed the possibility of settlement and will continue to do so as this case continues. The prospects for settlement are currently unknown.

f. The parties will consider the prospect of mediation as this case progresses. The parties have not determined at this point whether mediation would be helpful.

g. The parties request a two-day trial during the two-week period that begins on November 17, 2026.

h. The parties consent to Magistrate Judge jurisdiction for all purposes.

i. The parties agree that disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business. The parties reserve the right to revisit this issue if initial discovery reveals the need for additional data. The parties agreed that electronic files shall be produced in electronic form, or as otherwise agreed.

j. The parties agree that if privileged data or documents are inadvertently produced, they will be returned and copies will be destroyed.

k. The parties will address issue of confidentiality with respect to discovery if and when such issues arise.

Dated: February 16, 2026        s/ Randall S. Newman
                                              Randall S. Newman, Esq. (*pro hac vice*)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Helping Hands for Dignity Coalition, a Colorado non-profit corporation*

Dated: February 16, 2026        s/ Steven C. Vondran
Steven C. Vondran, Esq. (*pro hac vice*)
The Law Offices of Steven C. Vondran, P.C.
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
(877) 276-5084
steve@vondranlegal.com

*Attorney for Defendant,*
*Anthony Gurka*

4