IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HELPING HANDS FOR DIGNITY COALITION,**

    Plaintiff,

v.                                         Case No. 4:26-cv-24-MJF

**ANTHONY GURKA,**

    Defendant.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

In their Rule 26(f) report, the parties stated that they "consent to Magistrate Judge jurisdiction for all purposes." ECF No. 31. Based on that consent, the court now reassigns the matter to United States Magistrate Judge Michael Frank for all further proceedings, including trial, directing the entry of judgment, and post-judgment matters. *See* Fed. R. Civ. P. 73; 28 U.S.C. § 636(c); N.D. Fla. Loc. R. 72.1(C). Any appeal will lie directly to the Court of Appeals. The initials in the case number are changed to reflect the reassignment, as shown on this order.

SO ORDERED on February 20, 2026.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge