# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HELPING HANDS FOR DIGNITY COALITION, a Colorado non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY GURKA,<br><br>Defendant. | Case No. 4:26-cv-00024-MJF |

_____

## STIPULATION OF DISMISSAL
_____

Plaintiff Helping Hands for Dignity Coalition ("Plaintiff") and Defendant Anthony Gurka ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be and hereby is DISMISSED WITH PREJUDICE in its entirety.

2. Each party shall bear its own attorneys' fees and costs, except as otherwise expressly provided in the Settlement Agreement executed by the Parties.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties.

4. This Stipulation may be executed in counterparts and by electronic signature, each of which shall be deemed an original.

Respectfully stipulated:

Dated: March 3, 2026

s/ Randall S. Newman
Randall S. Newman, Esq. (*pro hac vice*)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Helping Hands for Dignity Coalition, a Colorado non-profit corporation*

Dated: March 3, 2026

s/ Steven C. Vondran
Steven C. Vondran, Esq. (*pro hac vice*)
The Law Offices of Steven C. Vondran, P.C.
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
(877) 276-5084
steve@vondranlegal.com

*Attorney for Defendant,*
 *Anthony Gurka*