UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HELPING HANDS FOR DIGNITY
COALITION,
    Plaintiff,

v.                                                Case No. 4:26-cv-24-MJF

ANTHONY GURKA,
    Defendant.
_____/

## ORDER

This matter is before this court on the parties' joint stipulation of dismissal. Doc. 33.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). A properly filed stipulation of dismissal requires the signature of all parties that have appeared in the action, including those parties that have appeared and been dismissed. *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023).

A properly filed stipulation of dismissal is self-executing and is generally effective upon filing. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d

1322, 1325 (11th Cir. 2017) (a stipulation becomes effective upon filing unless it explicitly conditions its effectiveness on a subsequent occurrence); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

All parties that have appeared in this action have signed the stipulation of dismissal. Furthermore, the stipulation of dismissal does not condition its effectiveness upon any subsequent occurrence. Therefore, the stipulation is effective upon filing and self-executing. Fed. R. Civ. P. 41(a)(1)(A)(ii). This order simply confirms that the case has been dismissed without prejudice.

Accordingly, it is **ORDERED**:

1. In accordance with the parties' "Stipulation of Dismissal," Doc. 33, this action is **DISMISSED** with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The clerk of the court shall close the case file.

**SO ORDERED** on March 4, 2026.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**